UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Arcimoto Inc. Securities Litigation,<br><br>This Document Relates To: All Actions | Master File No.: 1:21-cv-02143-PKC |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jacob J. Taber, dated December 23, 2021, with exhibits, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, and all prior pleadings and proceedings had herein, Defendants Arcimoto, Inc., Mark Frohnmayer, and Douglas M. Campoli ("Defendants") will move this Court before the Honorable Pamela K. Chen, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date and time designated by the Court, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq., dismissing with prejudice all claims asserted against Defendants in Plaintiffs' Consolidated Amended Complaint, dated September 20, 2021, and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York.<br>December 23, 2021 | Respectfully submitted,<br><br>PERKINS COIE LLP<br><br>By: */s/ Lee S. Richards*<br>　　Lee S. Richards<br>　　Matthew M. Riccardi<br>　　Jacob J. Taber<br>　　1155 Avenue of the Americas, 22nd Floor<br>　　New York, New York 10036-2711<br>　　Tel: 212.262.6900<br>　　Fax: 212.977.1649<br>　　LeeRichards@perkinscoie.com<br>　　MRiccardi@perkinscoie.com<br>　　JTaber@perkinscoie.com<br><br>　　Renee E. Rothauge (*pro ha vice*)<br>　　1120 NW Couch Street<br>　　Portland, Oregon 97209-4128<br>　　Tel: 503.727.2000<br>　　Fax.: 503.727.2222<br>　　RRothauge@perkinscoie.com<br><br>　　*Attorneys for Defendants Arcimoto, Inc.,*<br>　　*Mark Frohnmayer, and Douglas M.*<br>　　*Campoli* |

2