UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE ARCIMOTO INC., SECURITIES LITIGATION

JUDGMENT
21-CV-2143 (PKC)

-------------------------------------------------------------X

A Memorandum and Order of the Honorable Pamela K. Chen, United States District

Judge, having been filed on December 22, 2022, granting Arcimoto's motion to dismiss the CAC

in its entirety for failure to state a claim under Rule 12(b)(6); and denying all pending motions as

moot; it is

ORDERED and ADJUDGED that Arcimoto's motion to dismiss the CAC is granted in its

entirety for failure to state a claim under Rule 12(b)(6); and that all pending motions are denied as

moot.

Dated: Brooklyn, New York
      December 28, 2022

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk